MARY L. DABERCO, APPELLEE, v. ARTHUR DABERKOW ET AL., APPELLANTS.

FILED APRIL 11, 1930. No. 27072.

*Walter R. Raecke, B. J. Cunningham* and *H. G. Wellensiek,* for appellants.

*Horth, Cleary & Suhr* and *Edward J. Patterson, contra.*

Heard before GOSS, C. J., DEAN, THOMPSON, EBERLY and DAY, JJ., and CARTER and CHASE, District Judges.

PER CURIAM.

This is an appeal by defendants from a judgment of the district court for Merrick county in which plaintiff recovered damages for malicious prosecution.

We have carefully examined the record and find the same free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.